HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEIYO A. GEORGE,

        Petitioner,

    v.

HAROLD CLARKE,

        Respondent.

Case No. C05-5700 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Petitioner's Request for a Stay and Abeyance of Proceedings [Dkt. #19] and Motion for a Certificate of Appealability [Dkt. #22].

Having considered the entirety of the records and file herein, the Court rules as follows:

Petitioner requests a stay of this Court's Order entered on August 21, 2006 dismissing his 28 U.S.C. § 2254 motion in order that he may conduct further research. The record reflects that petitioner briefed his motion and filed objections to the Magistrate Judge's Report and Recommendation. The Court sees no need for additional briefing; therefore, the request for a stay [Dkt. #19] is **DENIED.**

Furthermore, the Court declines to issue a Certificate of Appealability because, as set forth in the Report and Recommendation [Dkt. #16], the petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

1  The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
2  pro se.
3  Dated this 11th day of September, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE